IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DR. STURLA STEFANSSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:04-cv-40 (HL) |
| | : |
| **THE EQUITABLE LIFE** | : |
| **ASSURANCE SOCIETY OF THE** | : |
| **UNITED STATES, and DISABILITY** | : |
| **MANAGEMENT SERVICES, INC.,** | : |
| | : |
| **Defendants.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 29, 2007, and for the reasons stated therein, plaintiff's motion for attorney's fees and costs is denied. All other issues between the parties having been settled, this case is now closed

This 29th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**