**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DR. STURLA STEFANSSON,** | : | |
| **Plaintiff,** | : | |
| v. | : | 5:04-cv-040 (HL) |
| **THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, and DISABILITY MANAGEMENT SERVICES, INC.,** | : | |
| **Defendants.** | : | |

## O R D E R

Before the Court is Defendants' Motion for Extension of Time to File (Doc. 114) and an identical motion styled as Defendants' Motion to Correct Docket Text (Doc. 115). In each Motion, Defendants ask the Court to "correct the docket text to correctly note that defendants' response to plaintiff's motion for reconsideration is due by April 30, 2007, and to extend the time within defendants must respond to such motion through and including May 14, 2007." For the reasons explained herein, Defendants' Motion for Extension of Time to File is granted and Defendants' Motion to Correct Docket Text is dismissed.

**I. DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE**

Defendants ask the Court to extend the time within which to respond to Plaintiff's Motion for Reconsideration. For good cause shown, the Court grants Defendants' request. Defendants' shall have until May 14, 2007, to file a response to Plaintiff's Motion for Reconsideration.

**II. DEFENDANTS' MOTION TO CORRECT DOCKET TEXT**

This Court's Standing Order # 4-01, as amended November 23, 2004, not only establishes the Middle District of Georgia's Case Management/Electronic Case Files System, but also states the system will be governed by the rules and regulations contained within the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents ("Administrative Procedures"). The Administrative Procedures regarding civil cases associated with the system explicitly states that "[a]ttorneys should be aware that response and reply due dates, which appear when either electronically filing a motion or querying deadlines, is for court use only and should not be relied upon as an accurate computation of these deadlines." Admin. Proc. for Filing, Signing, & Verifying Pleadings & Docs. : Civ. Cases, § II (B) (4) n.2 (rev. May 2006). Therefore, the Court declines to change the docket text as requested.

**III. CONCLUSION**

For the aforementioned reasons, Defendants' Motion for Extension of Time to File (Doc. 114) is granted and Defendants' Motion to Correct Docket Text (Doc. 115) is dismissed.

SO ORDERED, this 20th day of April, 2007.

*/s/ Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

scs